UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. KULICK, | CV 18-4533 PA (SSx) |
|     Plaintiff, | JUDGMENT |
|   v. | |
| STEVEN REIN, | |
|     Defendant. | |

    In accordance with the Court's June 28, 2018 Minute Order dismissing the action brought by plaintiff Robert J. Kulick ("Plaintiff") against defendant Steven Rein ("Defendant"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the First Amended Complaint is dismissed without leave to amend;

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in his favor;

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing.

DATED: July 5, 2018

                                                    Percy Anderson
                                     UNITED STATES DISTRICT JUDGE